IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ADDONES SPENCER                                                                PETITIONER

v.                         NO. 2:13CV00059 SWW

ANTHONY HAYNES, Warden,                                                RESPONDENT
FCI Forrest City, Arkansas

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful, de novo review of the record in accordance with 28 U.S.C. § 636(b)(1)(C), the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2241 filed by petitioner Addones Spencer is dismissed with prejudice, save his claim challenging the use of the "four-point restraints." That claim is dismissed without prejudice. All requested relief is denied, and judgment will be entered for respondent Anthony Haynes.

IT IS SO ORDERED this 25th day of October 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE