# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**ADDONES SPENCER**                                                     **PETITIONER**
Reg # 11060-027

VS.                     NO. 2:13CV00059-SWW-BD

**C.V. RIVERA, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                                  **RESPONDENT**

## **ORDER**

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, this Court adopts the Recommendation as its own. Addones Spencer's petition for writ of habeas corpus (#1) is DISMISSED without prejudice.

IT IS SO ORDERED this 2nd day of June 2015.

                                                    /s/Susan Webber Wright
                                                    UNITED STATES DISTRICT JUDGE