# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**ADDONES SPENCER**                                                                                       **PETITIONER**
**Reg # 11060-027**

**VS.**                               **NO. 2:13CV00059-SWW-BD**

**C.V. RIVERA, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                                                                **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 2nd day of June 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE